# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Robert Lee Arnold

_____

_____

_____

Plaintiff(s)/Petitioner(s)

v.

USP Marion
Warden Sproul
Recepte of Director
Federal Bureau of Prisons

Defendant(s)/Respondent(s)

Case Number: 3:21-CV-01192-JPG

(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☑ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

Robert Lee Arnold # 49044-044
USP Marion
P.O. Box 1000
Marion, IL 62959

**Defendant #1:**

B.    Defendant _____Warden Sproul_____ is employed as
        (a)    (Name of First Defendant)

_____Warden of USP Marion_____
        (b)        (Position/Title)

with _____USP Marion; 4500 Prison Road;_____
        (c)    (Employer's Name and Address)

P.O. Box 1000; Marion, IL 62959

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain:
He is the warden at the prison whereas I contract-
ed COVID-19 in an illegal 3 man cell

Rev. 10/3/19

**Defendant #2:**

C.   Defendant _____USP Marion_____is employed as

(Name of Second Defendant)

_United States Penitentiary / Federal Bureau of Prisons_

(Position / Title)

with _United States Department of Justice_

(Employer's Name and Address)

_____Washington, D.C._____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain:

USP Marion is federally operated by the FBOP and U.S. Dept. of Justice

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

N/A

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes  ☑No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):   N/A

Defendant(s):
N/A

2.    Court (if federal court, name of the district; if state court, name of the county):   N/A

3.    Docket number:   N/A

4.    Name of Judge to whom case was assigned:   N/A

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):   N/A

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   N/A

Rev. 10/3/19

7. Approximate date of filing lawsuit: *N/A*

8. Approximate date of disposition:

*N/A*

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *N/A*

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C. If your answer is YES,
   1. What steps did you take?
   *I contacted the Regional Director.*

   2. What was the result?
   *The Warden said that the 3 man cells are legal, and I am still awaiting a response from region*

D. If your answer is NO, explain why not.

   *N/A*

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No
   *N/A*

F. If your answer is YES,
   1. What steps did you take?
   *N/A*

Rev. 10/3/19

2.    What was the result?

*N/A*

G.    If your answer is NO, explain why not.

*N/A*

H.    Attach copies of your request for an administrative remedy and any
response you received. If you cannot do so, explain why not:

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I am currently filing this civil suit as a pro-se plaintiff. I am currently incarcerated at USP Marion, which is forcing me to be housed in illegal 3 man cells via the Obama administration. Not only that, but my health has been put in jeopardy by the deliberate indifference of not adhering to the Center for Disease Control stipulations of social distancing. I contracted COVID-19 in November 2020, and the entire L unit was forced to catch it before we were able to come up off of lockdown. This is a prime example of medical negligence and medical malpractice. This institution, USP Marion admits to their guilt of housing inmates in illegal 3 man cells, and must be held accountable. Besides the fact of a global pandemic now occurring that thrives in densely populated areas such as USP Marion, it is outright inhumane and cruel and unusual punishment to house 3 men in a cell that is the size of a small bathroom. USP Marion and the Federal Bureau of Prisons are well aware of the health problems that these illegal 3 man cells poses.

Rev. 10/3/19

I want this court to visualize inmates in a housing unit designed for 126 inmates, but now house 189 inmates due to illegal 3 man cells. I want the court to visualize the entire unit being forced by medical to catch COVID-19,

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

which illegally enhances the inmates sentence to a death sentence. I want this court to visualize the confusion, pain, and fear of each and every inmate facing COVID-19 with inadequate staff to help. I want this court to visualize the anxiety, fear, and sadness that my family experiences not knowing if I will live or die in an overcrowded, unsanitary, and COVID-19 ridden prison. I want this court to be open-minded, impartial, and sympathetic to my plight. I want this court to grant and award me 1 million dollars based on all of the above stated reasons.

## VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _2-21-22_
(date)

_Robert L. Arnold_
Signature of Plaintiff

_P.O. Box 1000_
Street Address

_Robert Lee Arnold_
Printed Name

_Marion, IL 62959_
City, State, Zip

_# 49044-044_
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

Robert Lee Arnold #49044-044
USP Marion
P.O. Box 1000
Marion, IL
62959

Legal Mail 8201-295429

SAINT LOUIS MO 630
22 FEB 2022 PM 10 L

Clerk
United States Dis
750 Mis
East St. Louis, I

CLEARED
DRSD

